UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MICHAEL McLAUGHLIN,

        Petitioner,                    No.  2:13-cv-0924 TLN CMK P

vs.

M. SPEARMAN,

        Respondent.               **ORDER & WRIT OF HABEAS CORPUS**
                                             /                **AD TESTIFICANDUM**

      Richard M. McLaughlin, inmate K-13594, a necessary and material witness in proceedings in this case on December 17, 2014, is confined in Correctional Training Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Craig M. Kellison, to appear by video-conferencing at Correctional Training Facility, December 17, 2014, at 1:30 p.m..

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Correctional Training Facility, (831) 678-5806.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of Correctional Training Facility: Highway 101 North, P.O. Box 686, Soledad, California 93960-0686.**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new cu

Dated:  November 5, 2014

                                                         CRAIG M. KELLISON
                                                         UNITED STATES MAGISTRATE JUDGE

/kly
mcla 13cv0924.841vc